# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0598
_____

SELVIN E. SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

January 30, 2019


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Selvin E. Shaw, pro se, Appellant.

Ashley B. Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.